SABRINA L. SHADI, SBN 205405
NICHOLAS D. POPER, SBN 293900
MATTHEW J. GOODMAN, SBN 316286
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:     310.820.8859
Email:          sshadi@bakerlaw.com
                    npoper@bakerlaw.com
                    mgoodman@bakerlaw.com

*Attorneys for Defendant*
ARDAGH GLASS INC.


JONATHAN M. LEBE (SBN 284605)
CHANCELLOR NOBLES (SBN 330081)
BRIELLE EDBORG (SBN 347579)
**LEBE LAW, APLC**
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Telephone:    (213) 358-7046
Facsimile:     (310) 820-1258
Email:          Jon@lebelaw.com
                    chancellor@lebelaw.com
                    Brielle@lebelaw.com

*Attorneys for Plaintiff*
ALEX CASTANEDA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX CASTANEDA, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>    v.<br><br>ARDAGH GLASS INC. and Does 1 through 20, inclusive,<br><br>        *Defendants*. | Case No. 4:23-cv-03547-HSG<br><br>*[Assigned to: Hon. Haywood S. Gilliam, Jr.]*<br><br>**STIPULATED BRIEFING SCHEDULING FOR DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR REMAND; ORDER**<br><br>Action Filed:        June 16, 2023<br>Action Removed:  July 17, 2021 |

**TO THE HONORABLE COURT:**

Plaintiff Alex Castaneda ("Plaintiff") and Defendant Ardagh Glass Inc. ("Defendant") (collectively, the "Parties"), through their respective counsel of record, stipulate and agree, subject to Court approval, as follows:

WHEREAS, on June 9, 2023, Plaintiff commenced this action by filing a complaint styled as a class action (the "Complaint") in the Superior Court of California, County of Alameda, entitled *Alex Castaneda v. Ardagh Glass Inc.*, Case No. CV035655.

WHEREAS, on June 16, 2023, Defendant was served with a copy of the Summons and Complaint.

WHEREAS, on July 17, 2023, Defendant filed a Notice of Removal, thereby removing the action to this Court. [Dkt. No. 1.]

WHEREAS, on July 18, 2023, Defendant initiated the meet and confer process on Defendant's anticipated motion to dismiss under Fed. R. Civ. Proc. 12(b)(6) for failure to state a claim.

WHEREAS, on July 21, 2023, the Parties filed a Joint Stipulation to Continue Defendant's Responsive Pleading Deadline by 21 days (or August 14, 2023) to allow the Parties additional time to meet and confer on Defendant's anticipated motion and to meet and confer on Plaintiff's anticipated motion for remand. [Dkt. No. 6.]

WHEREAS, on August 4, 2023, the Parties met and conferred on Defendant's anticipated motion to dismiss and Plaintiff's anticipated motion for remand. The Parties were unable to reach a resolution regarding their respective motions.

WHEREAS, given the overlap of issues in the Parties' respective motions, and in an effort to preserve judicial time and resources, the Parties have agreed to a briefing schedule whereby the Parties' respective motions will be heard at the same time.

Based on the facts above, the Parties stipulate and agree, subject to Court approval, to the following briefing schedule for Defendant's motion to dismiss and Plaintiff's motion for remand:

1. The deadlines for Defendant's Motion to Dismiss under Fed. R. Civ. Proc. 12(b)(6) and Plaintiff's Motion for Remand shall be extended to **August 25, 2023**;

2. Plaintiff's Opposition to Motion to Dismiss and Defendant's Opposition to Motion for Remand shall be filed no later than **September 8, 2023**;

3. Defendant's Reply in Support of Motion to Dismiss and Plaintiff's Reply in Support of Motion for Remand shall be filed no later than **September 15, 2023**; and

4. Hearing on Defendant's Motion to Dismiss and Plaintiff's Motion for Remand be scheduled on **October 26, 2023, at 2:00 p.m.**, or a date thereafter convenient for the Court.

**IT IS SO STIPULATED.**

Dated:   August 14, 2023                                **BAKER & HOSTETLER LLP**

By:   */s/Nicholas D. Poper*
Sabrina L. Shadi
Nicholas D. Poper
Matthew J. Goodman

*Attorneys for Defendant*
ARDAGH GLASS INC.

Dated:   August 14, 2023                                **LEBE LAW, APLC**

By:   */s/Chancellor D. Nobles*
Jonathan M. Lebe
Chancellor D. Nobles
Brielle Edborg

*Attorneys for Plaintiff*
ALEX CASTANEDA

## **ATTESTATION**

I, Nicholas D. Poper, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

Dated: August 14, 2023                              */s/ Nicholas D. Poper*
Nicholas D. Poper

# ORDER

Pursuant to the Parties' stipulation, and good cause appearing, the Court grants the stipulation and sets the following dates:

1. The deadlines to file Defendant's Motion to Dismiss under Fed. R. Civ. Proc. 12(b)(6) and Plaintiff's Motion for Remand shall be extended to **August 25, 2023**;

2. Plaintiff's Opposition to Motion to Dismiss and Defendant's Opposition to Motion for Remand shall be filed no later than **September 8, 2023**;

3. Defendant's Reply in Support of Motion to Dismiss and Plaintiff's Reply in Support of Motion for Remand shall be filed no later than **September 15, 2023**; and

4. The Hearing on Defendant's Motion to Dismiss and Plaintiff's Motion for Remand is scheduled on **October 26, 2023, at 2:00 p.m.**

**IT IS SO ORDERED**.

DATED: 8/15/2023

HONORABLE HAYWOOD S. GILLIAM, JR.
United Stated District Judge