UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEX CASTANEDA, | Case No. 23-cv-05850-LJC |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ARDAGH GLASS INC., | Re: Dkt. No. 3 |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to Castaneda v. Ardagh Glass Inc., Case No. 23-cv-03547.

**IT IS SO ORDERED.**

Dated: November 15, 2023

LISA J. CISNEROS
United States Magistrate Judge