UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEX CASTANEDA, | Case No. 23-cv-03547-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| ARDAGH GLASS INC., | |
| Defendant. | |
| ALEX CASTANEDA, | Case No. 23-cv-5850-HSG |
| Plaintiff, | |
| v. | |
| ARDAGH GLASS INC., | |
| Defendant. | |

A case management conference was held on February 27, 2024. Having considered the parties' proposals, *see* Dkt. No. 22 in Case No. 23-cv-5850, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Deadline to file motion for class certification | March 13, 2025 |
| Deadline to file opposition to motion for class certification | April 17, 2025 |
| Deadline to file reply in support of motion for class certification | May 15, 2025 |
| Hearing on motion for class certification | June 5, 2025 at 2:00pm |

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   Dated: 3/14/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge