UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX CASTANEDA,<br><br>   Plaintiff,<br><br> v.<br><br>ARDAGH GLASS INC.,<br><br>   Defendant. | Case No. 23-cv-03547-HSG<br><br>**AMENDED SCHEDULING ORDER** |

A case management conference was held on March 18, 2025. Having considered the parties' renewed proposal to extend class certification briefing deadlines, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to file motion for class certification | June 13, 2025 |
| Deadline to file opposition | July 17, 2025 |
| Deadline to file reply | August 15, 2025 |
| Hearing on motion for class certification | September 18, 2025, at 2:00 p.m. |

The Court advises the parties that no further extensions will be granted, and the Court expects a motion for class certification or motion for preliminary approval to be filed by the extended deadline.

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   3/19/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge