Jonathan M. Lebe (State Bar No. 284605)
Jon@lebelaw.com
Melissa M. Kurata (State Bar No. 285388)
Melissa@lebelaw.com
Brielle D. Edborg (State Bar No. 347579)
Brielle@lebelaw.com
Tazeen Hussain (State Bar No. 361707)
Tazeen@lebelaw.com
**Lebe Law, APLC**
3900 W Alameda Ave, 15th Floor
Burbank, CA 91505
Telephone: (213) 444-1973

Attorneys for Plaintiff Alex Castaneda,
individually and on behalf of all others similarly situated

Sabrina L. Shadi, SBN 205405
Nicholas D. Poper, SBN 293900
Matthew J. Goodman, SBN 316286
BAKER & HOSTETLER LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310.820.8800
Facsimile:  310.820.8859
Emails:      sshadi@bakerlaw.com
             npoper@bakerlaw.com
             mgoodman@bakerlaw.com

Attorneys for Defendant Ardagh Glass, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ARDAGH GLASS<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 4:23-cv-03547-HSG<br><br>[Judge Haywood S. Gilliam, Jr.]<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S CLASS CERTIFICATION; AND ORDER (as modified)**<br><br>Current Hearing Date: September 18, 2025<br>Complaint Served: June 9, 2023<br>Action Removed: July 17, 2023 |

1

**TO THE HONORABLE COURT:**

This joint stipulation is entered into between Alex Castaneda ("Plaintiff"), individually and on behalf of all others similarly situated, and Ardagh Glass, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, as follows:

WHEREAS, on June 9, 2023, Plaintiff filed a class action complaint in the Superior Court of California for the County of Alameda, entitled *Alex Castaneda v. Ardagh Glass Inc.*, Case No. CV035655, asserting claims under the California Labor Code (the "Class Action");

WHEREAS, on July 17, 2023, Defendant removed the Class Action to this Court;

WHEREAS, on August 28, 2023, Plaintiff filed a Private Attorneys General Act ("PAGA") Action in the Superior Court of California for the County of Alameda, entitled *Alex Castaneda v. Ardagh Glass Inc.*, Case No. 23CV041542 (the "PAGA Action");

WHEREAS, on November 13, 2023, Defendant removed the PAGA Action to this Court, which was assigned Case No. 4:23-cv-05850-HSG;

WHEREAS, on December 5, 2023, this Court ordered the two actions related (together, the "Action");

WHEREAS, on February 13, 2024, the Court granted Defendant's Motion to Dismiss, whereby Plaintiff's Second Cause of Action for unpaid overtime under California law and Fifth and Seventh Causes of Action to the extent those claims are derivative of the Second Cause of Action, were dismissed with prejudice [Dkt. 41];

WHEREAS, on April 25, 2024, pursuant to a joint stipulation entered into by the Parties Plaintiff filed a First Amended Collective and Class Action Complaint in the Action which added a representative PAGA claim and a nationwide collective action claim for unpaid overtime under the Fair Labor Standards Act ("FLSA");

WHEREAS, on May 21, 2024, the Court granted Plaintiff leave to file the First Amended Collective and Class Action Complaint ("FAC"), which was deemed filed and served on May 21, 2024;

WHEREAS, on January 24, 2025, the Parties attended mediation with experienced wage and hour mediator Glenn Lerman, but did not reach a settlement at mediation;

WHEREAS, on February 24, 2025, Defendant filed its Answer to Plaintiff's FAC;

WHEREAS, on June 13, 2025, Plaintiff filed his motions for class and conditional certification;

WHEREAS, on June 16, 2025, the Parties attended a second mediation with experienced wage and hour mediator Glenn Lerman, but also did not reach a settlement at the second mediation;

WHEREAS, on July 18, 2025, Defendant filed its oppositions to Plaintiff's motions for class and conditional certification;

WHEREAS, on August 15, 2025, Plaintiff filed his replies in support of his motions for class and conditional certification;

WHEREAS, the hearing on Plaintiff's motions for class and conditional certification is currently set for September 18, 2025 at 2:00 p.m.;

WHEREAS, the Parties are currently exploring the possibility of settling the

Action and, to allow the Parties to engage in settlement discussions, the Parties have agreed to push out the September 18, 2025 hearing on Plaintiff's motions for class and conditional certification by one month to October 16, 2025, or to a date chosen by the Court, so that they can focus their efforts on an informal resolution;

NOW, THEREFORE, the Parties jointly stipulate and agree, subject to Court approval, that the hearing on Plaintiff's motions for class and conditional certification is continued from September 18, 2025 to October 16, 2025, or another date chosen by the Court.

Dated: September 16, 2025        Lebe Law, APLC

By:   */s/ Jonathan M. Lebe*
    Jonathan M. Lebe
    Melissa M. Kurata
    Brielle D. Edborg
    Tazeen Hussain

Attorneys for Plaintiff Alex Castaneda, individually and on behalf of all other similarly situated

Dated: September 16, 2025        Baker & Hostetler LLP

By:   */s/ Matthew J. Goodman*
    Sabrina L. Shadi
    Nicholas D. Poper
    Matthew J. Goodman

Attorneys for Defendant Ardagh Glass, Inc.

4

**JOINT STIPULATION TO CONTINUE PLAINTIFF'S CLASS CERTIFICATION HEARING;**
**CASE NO.: 4:23-cv-03547-HSG**

089493.000055\4924-6205-9113.2

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I, Jonathan M. Lebe, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered of for inspection upon request.

Dated: September 16, 2025                       /s/ Jonathan M. Lebe
                                                                Jonathan M. Lebe

5

**JOINT STIPULATION TO CONTINUE PLAINTIFF'S CLASS CERTIFICATION HEARING;**
**CASE NO.: 4:23-cv-03547-HSG**
089493.000055\4924-6205-9113.2

**ORDER**

Pursuant to the Parties' Joint Stipulation to continue the hearing on Plaintiff's motions for class and conditional certification and good cause appearing, the Court hereby GRANTS the Parties' request and hereby ORDERS that the new hearing on Plaintiff's motions for class and conditional certification is as follows:

The hearing on Plaintiff's motions for class and conditional certification is continued from September 18, 2025 at 2:00 p.m. to October 23, 2025 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 9/17/2025

*Haywood S. Gilliam, Jr.*

Honorable District Judge
Haywood S. Gilliam, Jr.

6

JOINT STIPULATION TO CONTINUE PLAINTIFF'S CLASS CERTIFICATION HEARING;
CASE NO.: 4:23-cv-03547-HSG

089493.000055\4924-6205-9113.2