**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ARDAGH GLASS<br><br>This Document Relates to:<br>ALL ACTIONS | Case No.: 4:23-cv-03547-HSG<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION FOR PERMISSION FOR ATTORNEY SABRINA SHADI TO APPEAR REMOTELY AT HEARINGS ON PLAINTIFF'S MOTIONS FOR CLASS AND CONDITIONAL CERTIFICATION (as modified)**<br><br>Date: October 23, 2025<br>Time: 2:00 a.m. |

**<u>ORDER</u>**

Having reviewed and considered Defendant Ardagh Glass Inc.'s Application for Permission for Attorney Sabrina Shadi to Appear Remotely at Hearings on Plaintiff's Motions for Class and Conditional Certification (the "Application"), and good cause appearing for the relief requested therein, the Court hereby GRANTS the Application and ORDERS as follows:

1. Counsel for Defendant, Sabrina L. Shadi, is hereby granted permission to appear at the hearing on Plaintiff's Motion for Class Certification by remote means; and

2. Ms. Shadi shall appear via Zoom video conference the Zoom information provided to her via e-mail from the CRD.  She is required to join at least 15 minutes before the hearing to check in with the courtroom deputy.

**IT IS SO ORDERED.**

Dated:   10/21/2025

_____
HON. HAYWOOD S. GILLIAM, Jr.
UNITED STATES DISTRICT JUDGE