# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ARDAGH GLASS | Case No. 4:23-cv-03547-HSG |
| This Document Relates to: | **ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION TO ENFORCE SETTLEMENT HEARING** |
| ALL ACTIONS | [Concurrently filed with Joint Stipulation to Continue Motion to Enforce Settlement Hearing] |
| | Date:          July 9, 2026<br>Time:          2:00 p.m.<br>Place:          Courtroom 2 |
| | Complaint Filed: June 9, 2023<br>Removed:          July 17, 2023<br>District Judge:    Hon. Haywood S. Gilliam, Jr. |

ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Court has reviewed the parties' Joint Stipulation to Continue Hearing on Defendant's Motion to Enforce Settlement. Having reviewed and considered the Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Enforce Settlement (Dkt. 93), currently set for July 2, 2026, at 2:00 p.m. in Courtroom 2, is CONTINUED to July 9, 2026, at 2:00 p.m. All other dates, deadlines, and court events not modified by this Order shall remain in full force and effect.

IT IS SO ORDERED.

DATED:  6/26/2026

_Haywood S. Gill Jr._
Hon. Haywood S. Gilliam, Jr.
United States District Court
Northern District of California

1

ORDER